# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| VINCENT EARL BOGLIN, #146850, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0406-WS-C |
| JAMES REYNOLDS, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as malicious.

**DONE** this 30th day of September, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE